UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0634

May 15, 2000

Warren K. Kaplan, Esq.
The Washington Lawyers' Committee
11 Dupont Circle, N.W.
Washington, D.C. 20036

Brian Corcoran, Esq.
Margaret Vierbuchen, Esq.
LaShanda D. Branch, Esq.
Patricia G. Butler, Esq.
Howrey & Simon
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402

David E. Nagle, Esq.
Deborah Swindells Donovan, Esq.
Joseph D. McCluskey, Esq.
LeClair Ryan
707 East Main Street
11th Floor
Richmond, VA 23219

RE: Derrickson, et al. v. Circuit City Stores, Inc.
Civil Action No. DKC 95-3296

Dear Counsel:

A pretrial conference in the above-referenced case is scheduled for **Tuesday, June 27, 2000, at 9:00 a.m.** in chambers. Counsel are directed to bring any requests for voir dire and jury instructions with them to the conference. The requests should also be submitted on a disk formatted to Corel Word Perfect 8, if possible. Also, at the conference, counsel should be prepared to discuss any motions in limine.

Despite the informal nature of this letter, it constitutes an Order of Court and the Clerk is instructed to docket it as such.

Very truly yours,

DEBORAH K. CHASANOW
United States District Judge

cc: Court File