FORM SUPERCEDES 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE.
PAYABLE TO CLERK, U. S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

REGINALD DERRICKSON, et al.,

    Plaintiff(s)

v.                                                CIVIL ACTION NO. DKC-95-3296

CIRCUIT CITY STORES, INC.,

    Defendant(s)

FILED / LODGED / RECEIVED    JUN 27 2000
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2000 JUN 26 P 3:04

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __John A. Pirko__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __John M. Fitzpatrick__, ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __Circuit City Stores, Inc.__

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __Virginia, Indiana, District of Columbia__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __Eastern and Western Districts of Virginia__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ __Never__

REVISED 7/20/95

entered 6-28-00 pm

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR

__John A. Pirko__, ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT:  /s/ [signature]
SIGNATURE
LeClair Ryan, A Professional Corporation
4201 Dominion Boulevard, Suite 200
ADDRESS
Glen Allen, VA  23060
(804) 270-0070
OFFICE PHONE NUMBER
013365
MD. U.S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE:  /s/ John M. Fitzpatrick
SIGNATURE
LeClair Ryan, A Professional Corporation
707 East Main Street, 11th Floor
ADDRESS
Richmond, Virginia  23219
(804) 783-2003
OFFICE PHONE NUMBER

ORDER

MOTION __✓__   GRANTED

MOTION  ____   GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION  ____   DENIED

DATE: __June 26, 2000__                         /s/ Deborah K. Chasanow

                                                JUDGE