**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0634

December 28, 2000

William R. O'Brien
Howrey and Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

David E. Nagle
Leclair Ryan, P.C.
707 East Main Street, 11th Floor
Richmond, VA 23219

Avis E. Buchanan
The Washington Lawyers' Committee
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036

David S. Wachen
Baker & Hostetler, LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036

       RE:  Derrickson v. Circuit City Stores
            Civil Action No. DKC 95-3296

Dear Counsel:

    Please submit a jointly prepared status report regarding Demeka Johnson directly to chambers no later than **January 19, 2001.**

    Despite the informal nature of this letter, it constitutes an Order of Court and the clerk is instructed to docket it as such.

                          Very truly yours,

                          DEBORAH K. CHASANOW
                          United States District Judge

cc:   Court File