IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

REGINALD DERRICKSON, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. DKC-95-3296
) Judge Deborah K. Chasanow
CIRCUIT CITY STORES, INC., )
)
Defendant. )

**JOINT STIPULATION AND ORDER**

It is hereby stipulated that the above-entitled action be discontinued and DISMISSED, WITH PREJUDICE, as to plaintiffs Reginald Derrickson, Mohamed Ibrahim, Maxine James, Harold Moore and Stanley Sims, *but not as to plaintiff Demeka Johnson*, and without costs to either party. The Court retains jurisdiction for three years to enforce the confidentiality provisions of the settlement agreement between the parties.

SEEN AND AGREED TO:

_____
David E. Nagle
LeClair Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA  23219
(804) 783-2003

_____
William R. O'Brien
Patricia G. Butler
Margaret M. Vierbuchen
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

Avis E. Buchanan
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, D.C.  20036

Attorney for Defendant
December 21, 2000

Attorneys for Plaintiffs
December 22, 2000



Upon the stipulation of the parties, by and through their counsel, and for good cause shown, it is ORDERED, ADJUDGED AND DECREED that this matter should be, and it is hereby, DISMISSED, WITH PREJUDICE, as to plaintiffs Reginald Derrickson, Mohamed Ibrahim, Maxine James, Harold Moore and Stanley Sims, *but not as to plaintiff Demeka Johnson,* and shall be stricken from the docket of this Court as to plaintiffs Reginald Derrickson, Mohamed Ibrahim, Maxine James, Harold Moore and Stanley Sims, *but not as to plaintiff Demeka Johnson.* Each party shall bear his or its own costs. The Court retains jurisdiction for three years to enforce the confidentiality provisions of the settlement agreement between the parties. The Clerk shall send copies of this Order to all counsel of record.

SO ORDERED:

Dec. 28, 2000
Date

Judge Deborah K. Chasanow

Copies to:

William R. O'Brien
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

David E. Nagle
LeClair Ryan, P.C.
707 East Main Street
Eleventh Floor
Richmond, VA 23219