IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REGINALD DERRICKSON, et al.     :

v.                              :   Civil Action No. DKC 95-3296

CIRCUIT CITY STORES, INC.       :

O R D E R

UPON CONSIDERATION of Circuit City's Motion to Compel Arbitration of the Claims of Demeka Johnson, sole remaining plaintiff, and there being no opposition thereto, IT IS this 10th day of July, 2001, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to compel arbitration BE, and the same hereby IS, GRANTED and the parties are directed to submit the claims to arbitration;

2. This case BE, and the same hereby IS, STAYED pending completion of arbitration;

3. The clerk is directed to CLOSE this case administratively, without prejudice to reopening upon motion for good cause shown within 30 days of the completion of the arbitration; and

4. The clerk will mail copies of this Order to counsel for the parties.

DEBORAH K. CHASANOW
United States District Judge